COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.406
02 1R
0006557458
MAR 24 2015
MAILED FROM ZIP CODE 78701

PRESORTED
FIRST CLASS

IN HOUSTON

RE: WR-82,802-01

DEQUINNCY TYSON

No records Found